UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-23420-CIV-ALTONAGA/Reid

**WILLIE G. HARRIS**,

    Plaintiff,
v.

**MR. FUGEO**, *et al.*

    Defendants.
_____/

## ORDER

On August 18, 2020, Plaintiff, Willie G. Harris filed a *pro se* Complaint Under the Civil Rights Act, 42 U.S.C. [Section] 1983 [ECF No. 1]. The case was referred to Magistrate Judge Lisette M. Reid for a ruling on all pre-trial, non-dispositive matters and for a report and recommendation on dispositive matters under Administrative Order 2019-2. (*See* Clerk's Notice [ECF No. 2]). In her September 4, 2020 Report of Magistrate Judge [ECF No. 4], Judge Reid recommends dismissing the Complaint under 28 U.S.C. section 1915(g), as Plaintiff is a "three-striker," and closing the case. (*See* Report 1–2). Section 1915(g) states:

> In no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

*Id.* § 1915(g) (alteration added).

Plaintiff, a prisoner at Dade C.I. in Florida City, Florida, has brought at least three prior actions or appeals that meet the section 1915(g) criteria warranting dismissal of a subsequent suit. (*See* Report 3). He has not filed any objections to the Report within the time allowed or requested additional time to do so. Accordingly, and as Plaintiff has not demonstrated he is "under

CASE NO. 20-23420-CIV-ALTONAGA/Reid

imminent danger of serious physical injury" under section 1915(g), it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 4]** is **ACCEPTED**. The Complaint **[ECF No. 1]** is **DISMISSED**, all other pending motions are **DENIED AS MOOT**, and the Clerk is instructed to mark the case as **CLOSED**. Furthermore, the Clerk is directed not to accept any future filings from Plaintiff unless Plaintiff either (1) pays the filing fee; (2) affirms under oath that he is in imminent threat of serious physical injury; (3) is represented by counsel; or (4) obtains leave of court to file. *See Miller v. Donald*, 541 F.3d 1091, 1096–97 (11th Cir. 2008).

**DONE AND ORDERED** in Miami, Florida, this 25th day of September, 2020.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   Willie G. Harris, *pro se*
      Magistrate Judge Lisette M. Reid